IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  22–89–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMES "JC" LUIS COSTILLA, | |
| Defendant. | |

Before the Court is the Government's unopposed motion to file plea agreement under seal.  (Doc. 137.)  The Court finds good cause to grant the Government's request.

Accordingly, IT IS ORDERED that the motion (Doc. 137) is GRANTED. The Government may file the plea agreement in this matter under seal.

DATED this 27th day of December, 2023.

Dana L. Christensen, District Judge
United States District Court

1